## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

LARRY TOWNER                                                          PLAINTIFF

v.                                      No. 3:25-cv-249-DPM

BOLD TEAM LLC;  ANNIE ISELIN,
In her private and corporate capacity;
and TAMMIE HUTCHINSON, In her
private and corporate capacity                                       DEFENDANTS

### ORDER

1.      Towner's motion for leave to file under seal, *Doc. 1*, is denied.   Absent extraordinary circumstances, which Towner hasn't shown, the Court's records should be open to the public.  *IDT Corp. v. eBay*, 709 F.3d 1220, 1222–23 (8th Cir. 2013).  The Court directs the Clerk to unseal this case and everything that has been filed to this point.

2.      Towner's motion to proceed *in forma pauperis*, *Doc. 2*, is denied.   His application is incomplete.   In the application, Towner mostly responds "N/A" or doesn't respond at all.   Towner must submit a completed *in forma pauperis* application, or pay the filing and administrative fees, by 20 February 2026.  If he doesn't, the Court will dismiss his complaint without prejudice.    LOCAL RULE 5.5(C)(2). The Court directs the Clerk to mail Towner an *in forma pauperis* application along with a copy of this Order.

So Ordered.

D.P. Marshall Jr.
United States District Judge

20 January 2026