# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LARRY TOWNER**                                                        **PLAINTIFF**

v.                                    **No. 3:25-cv-249-DPM**

**BOLD TEAM LLC;  ANNIE ISELIN,**
**In her private and corporate capacity;**
**and TAMMIE HUTCHINSON, In her**
**private and corporate capacity**                      **DEFENDANTS**

## JUDGMENT

Towner's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2026